No. 6979.  DAVIS *v.* POPE, MEDICAL FACILITY SUPER-
INTENDENT; and

No. 7034.  RAY *v.* BRIERLEY, CORRECTIONAL SUPERIN-
TENDENT.  Motions for leave to file petitions for writs
of habeas corpus denied.

No. 6848.  RUDERER *v.* REGAN, U. S. DISTRICT JUDGE.
Motion for leave to file petition for writ of mandamus
denied.  MR. JUSTICE BLACKMUN took no part in the
consideration or decision of this motion.

No. 1419.  CALIFORNIA MOTOR TRANSPORT CO. ET AL.
*v.* TRUCKING UNLIMITED ET AL.  C. A. 9th Cir.  Cer-
tiorari granted.

No. 6810.  MCCLANAHAN *v.* MORAUER & HARTZELL,
INC., ET AL.  C. A. D. C. Cir.  Motion for leave to pro-
ceed *in forma pauperis* and certiorari granted.

No. 1476.  FERRONE *v.* UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 1542.  ALLEN *v.* VANCANTFORT.  C. A. 1st Cir.
Certiorari denied.

No. 1545.  KARNES *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 1547.  GENERAL RADIO CO. *v.* KEPCO, INC.  C. A.
2d Cir.  Certiorari denied.

No. 1551.  WEBER *v.* UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 1553.  CARPENTER *v.* UNITED STATES.  C. A. 5th
Cir.  Certiorari denied.